The Manley Law Firm, P.S., Inc.
PO Box 16324
Seattle, WA  98116

(206)292-3064 P   (206)292-3914 F

Invoice submitted to:

EDWARD & ALMETA ANDREWS
25731 143RD AVE SE
KENT WA 98042


June 28, 2011

In Reference To:   Almeta Andrews
                   PMB 219
                   27111 167th Pl SE Ste 105
                   Kent, WA  98042

                   Chapter 13 no. 07-14116 filed 8/30/07.  Case confirmed 11/8/07.
                   Fees in amount of $700.00 allowed 10/9/08.

Invoice #13600

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| 3/16/2009 Phone call from client re current living situation. | 0.20<br>250.00/hr | 50.00 |
| 5/18/2009 File review re income tax refund pledge.  Phone call to client to discuss. | 0.10<br>250.00/hr | 25.00 |
| Phone call from client re tax refund check. | 0.10<br>250.00/hr | 25.00 |
| 5/19/2009 Phone call from client re income tax refund.  File review. | 0.10<br>250.00/hr | 25.00 |
| Phone call from Almeda's divorce attorney. | 0.20<br>250.00/hr | 50.00 |
| Phone call from Ed re status of house, possible options to keep house. | 0.30<br>250.00/hr | 75.00 |
| Phone call to divorce attorney. | 0.10<br>250.00/hr | 25.00 |
| 5/28/2009 Document review- motion for relief.  Phone call to clients re pending motion. | 0.20<br>250.00/hr | 50.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| 5/28/2009 | Phone call to clients re tax refund. Prepared and filed petition to retain tax refund. | 0.30<br>250.00/hr | 75.00 |
| 7/3/2009 | Preparation of document- conflict of interest waiver. Sent to clients to sign. | 0.20<br>250.00/hr | 50.00 |
| 7/7/2009 | Phone call to client to discuss options regarding house. | 0.10<br>250.00/hr | 25.00 |
| 7/8/2009 | Phone call from client re finalizing divorce. Discussed terms with divorce attorney. Phone call to client to discuss responding to motion for relief. | 0.30<br>250.00/hr | 75.00 |
|  | Phone call to client to discuss filing response to motion for relief. | 0.20<br>250.00/hr | 50.00 |
| 7/17/2009 | Preparation of document- motion to allow debtors to retain tax refund. | 0.10<br>250.00/hr | 25.00 |
|  | Preparation of document- motion to retain tax refund. | 1.00<br>75.00/hr | 75.00 |
| 7/20/2009 | Preparation of document- motion to allow debtors to retain tax refund. | 0.40<br>250.00/hr | 100.00 |
| 7/29/2009 | Phone call from client re status of loan modification, foreclosure, divorce. | 0.10<br>250.00/hr | 25.00 |
| 8/13/2009 | Letter from mortgage company re information needed for loan modification. Faxed authorization to Wells Fargo to discuss loan modification with client. | 0.20<br>250.00/hr | 50.00 |
|  | Prepared and filed declaration of no response and order on motion to allow debtors to retain tax refund. | 0.10<br>250.00/hr | 25.00 |
| 10/21/2009 | Letter to potential landlords for Almeta. | 0.10<br>250.00/hr | 25.00 |
| 12/8/2009 | File review. Phone call from client to discuss divorce, mortgage modification, tax refund status. | 0.20<br>250.00/hr | 50.00 |
| 2/10/2011 | E-mail to client re possible refund. | 0.50<br>250.00/hr | 125.00 |
| 6/17/2011 | Preparation of document- petition to retain tax refund. Reviewed file. | 0.50<br>250.00/hr | 125.00 |
| 6/21/2011 | Preparation of document- petition to allow debtor to retain tax return. Filed with court. | 0.20<br>250.00/hr | 50.00 |

Edward & Almeta Andrews                                                                                      Page    3

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
| 6/28/2011 | Preparation of document- fee application. | 0.70<br>250.00/hr | 175.00 |

| For professional services rendered | $1,450.00 |
|---|---:|

Additional Charges :

| 7/20/2009 | Postage for motion to allow debtors to retain tax refund. | 4.84 |
|---|---|---:|
|  | Copy charges for motion | 3.30 |
|  | Total additional charges | $8.14 |
|  | Total amount of this bill | $1,458.14 |
|  | Previous balance | $700.00 |
|  | Accounts receivable transactions |  |
| 11/1/2008 | Payment - thank you | ($700.00) |
|  | Total payments and adjustments | ($700.00) |
|  | Balance due | $1,458.14 |